## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-cv-22682-RNS

MITCHELL GRAMAZIO and
ANA HORVAT
on behalf of herself and
similarly situated employees

      Plaintiff,

vs.

CATALINA HOTEL, LLC

      Defendants

_____/

### PLAINTIFF's UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiffs, by and through their undersigned counsel hereby seeks leave to Amend their Complaint in this matter and states as follows:

1.  Plaintiff, Mitchell Gramazio, seeks to amend his Complaint to assert claims that his employment was terminated based upon the fact that his employment was terminated in response to him seeking legal counsel regarding to FLSA violations.   A copy of the proposed Amended Complaint is attached hereto.

2.  It is well-settled that leave to amend a complaint should be freely granted, where, as here, there is no prejudice to the opposing party and where, as here, such amendment will not delay the current trial setting.  See, Rule 15(a), Fed. R. Civ Pro.; *Lord v. Fairway Electric Corp.*, 223 F. Supp.2d 1270( M.D. Fla. 2002).  Rule 15(a) provides that "leave [to amend] shall be freely given when justice so requires." There is a liberal policy favoring allowance of amendments to pleadings. *Burger King Corp. v. Weaver*, 169 F.3d 1310, 1318 (11th Cir.1999).   In deciding motions to amend courts should exercise

discretion, considering factors "such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, [and] futility of amendment." *Foman v. Davis*, 371 U.S. 178, 182, 83 S.Ct. 227 (1962).  In this case, Plaintiff has not engaged in undue delay, and does not seek to amend in bad faith or for dilatory motive.

3.      Undersigned counsel has conferred with opposing counsel in this matter who does not oppose the relief sought.

WHEREFORE, Plaintiff requests leave to amend the Complaint in this matter and for any other relief this Court deems just and proper.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been e-mailed and served by ECF  this 26 day of October 2017 to: Joshua M. Entin, Esq., 633 South Andrews Ave., Suite 500, Fort Lauderdale, FL 33301.

Behren Law Firm
2893 Executive Park Drive, STE 110
Weston, Florida 33331
Telephone: (954) 636-3802
Facsimile: (772) 252-3365
scott@behrenlaw.com

By: /Scott M. Behren/_____
        Scott M. Behren
        Florida Bar No. 987786